IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**KADRYN SMITH** and
**JOSEPH DABNEY**, *Individually,*

    Plaintiffs,

v.                                             **NO. 2:22-cv-02263**

**OPACHS LLC,**
*a Tennessee Limited Liability Company,*
**OSCAR PRUITT**, *Individually,*

                                                   **JURY DEMANDED**

    Defendants.

---

### NOTICE OF SETTLEMENT

---

Come now the Parties, by and through their respective counsel and respectfully file this Notice of Settlement pursuant to Local Rule 83.13. The parties notify the Court that they have reached an agreement regarding all of Plaintiffs' claims against Defendants. The parties anticipate they will file a motion for approval of the settlement agreement within 14 days of this Notice.

August 27, 2024.                                       Respectfully Submitted,

*s/J. Russ Bryant*
J. Russ Bryant (TN BPR #33830)
J. Joseph Leatherwood IV (TN BPR #39490)
**JACKSON SHIELDS YEISER HOLT OWEN & BRYANT**
Attorneys at Law
262 German Oak Drive
Memphis, Tennessee 38018
Telephone: (901) 754-8001
Facsimile: (901) 754-8524
*rbryant@jsyc.com*
*jleatherwood@jsyc.com*

*Attorneys for Plaintiffs*


*/s/ Florence M. Johnson*
Florence M. Johnson (TN Bar No. 15499)
JOHNSON AND JOHNSON, PC
1407 Union Avenue, Suite 1002
Memphis, Tennessee 38104
(901) 725-7520 Telephone
(901) 725-7570 Facsimile
fjohnson@johnsonandjohnsonattys.com

*Attorneys for Defendants*


### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 27, 2024, a true and correct copy of the foregoing has been filed with the Clerk of the United States District Court for the Western District of Tennessee using the CM/ECF system. The Court's CM/ECF system will send an email notification of the foregoing filing to all counsel of record who are registered with the Court's CM/ECF system.

*s/J. Russ Bryant*