# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

KADRYN SMITH, and
JOSEPH DABNEY, Individually,

    Plaintiffs,

v.                                                                                          2:22-cv-02263-MSN-atc

OPACHS LLC,
a Tennessee Limited Liability Company, and
OSCAR PRUITT, Individually,

    Defendants.

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiffs' Complaint (ECF No. 1), filed April 28, 2022,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation of Dismissal (ECF No. 39), filed October 9, 2024, this matter is hereby **DISMISSED WITH PREJUDICE**.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

October 16, 2024
Date